**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **85 Flatbush RHO Hotel LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-1945027** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **c/o GC REALTY ADVISORS, LLC**<br>**3284 N 29th Court**<br>**Hollywood, FL 33020**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Broward**<br>County | **Location of principal assets, if different from principal place of business**<br>**85 Flatbush Avenue Extension Brooklyn, NY 11201**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **85 Flatbush RHO Hotel LLC**                                      Case number (*if known*)
         Name

---

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | District | | When | | Case number | |
| | _____ | | _____ | | _____ | |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **EAST VILLAGE PROPERTIES LLC** | Relationship | **Affiliate** |
|---|---|---|---|
| District | **Southern District of New York** | When   **3/28/17** | Case number, if known   **17-22453 (RDD)** |

---

Debtor    **85 Flatbush RHO Hotel LLC**                                    Case number (*if known*)
          Name

| Debtor | **85 Flatbush RHO Hotel LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other _____

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**

    - ☐ No
    - ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **85 Flatbush RHO Hotel LLC** | Case number (*if known*) | |
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 18, 2020**
MM / DD / YYYY

**X** **/s/ DAVID GOLDWASSER**        **DAVID GOLDWASSER**
Signature of authorized representative of debtor       Printed name

Title   **CHIEF RESTRUCTURING OFFICER**

**18. Signature of attorney**

**X** **/s/ FRED B. RINGEL**        Date **December 18, 2020**
Signature of attorney for debtor       MM / DD / YYYY

**FRED B. RINGEL**
Printed name

**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
Firm name

**875 THIRD AVENUE**
**New York, NY 10022**
Number, Street, City, State & ZIP Code

Contact phone   **(212) 603-6300**        Email address

Bar number and State

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                          Chapter 11

**85 FLATBUSH RHO HOTEL LLC,**                  Case No.:

                          Debtor.

--------------------------------------------------------X

<u>**CERTIFICATE OF RESOLUTION**</u>

I, the undersigned, **DAVID GOLDWASSER**, as Chief Restructuring Officer of **85**

**Flatbush RHO Hotel LLC** (the "Company"), do hereby certify that at a meeting of the

Company duly called and held, the following resolutions were adopted and recorded in the

Minute Book of the Company, and they have not been modified or rescinded, and are still in full

force and effect:

> **RESOLVED,** that in the judgment of the Company it is desirable and in the best interest of the Company, its creditors, members and other interested parties, that a petition be filed by the Company for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further

> **RESOLVED,** that the form of petition under Chapter 11 presented to this meeting is approved and adopted in all respects, and that David Goldwasser as Chief Restructuring Officer of the Company, is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Southern District of New York at such time as he shall determine; and it is further

> **RESOLVED,** that David Goldwasser, as Chief Restructuring Officer of the Company, is authorized to execute and file all petitions, reorganization schedules, lists and other papers and to effectuate the filing of the Chapter 11 case, and, in that connection, that the firm of Robinson Brog Leinwand Greene Genovese & Gluck P.C. be retained and employed as legal counsel for the Company under a general retainer, in addition to such special counsel as may hereafter become necessary or proper with a view to the successful conclusion of such Chapter 11 case.

{01082557.DOC;1 }

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal of the Company this 18th day of December, 2020.

**85 Flatbush RHO Hotel LLC**

**By:    /s/ David Goldwasser                    **
**DAVID GOLDWASSER**
**CHIEF RESTRUCTURING OFFICER**

UNANIMOUS WRITTEN CONSENT TO CHAPTER 11 BANKRUPTCY

FILING ON BEHALF OF

85 FLATBUSH RHO HOTEL LLC

The undersigned, being the Member and the Independent Manager of 85 FLATBUSH RHO HOTEL LLC (the "Company"), a Delaware limited liability company, in accordance with the Delaware Limited Liability Company Act, 6 *Del. C.* § 18-101 *et. Seq.* and the Limited Liability Company Agreement of 85 FLATBUSH RHO HOTEL LLC, effective as of September 19, 2019 (the "Agreement" do hereby consent to, adopt, authorize and approve the following resolutions as of December ___, 2020:

**WHEREAS,** on December 16, 2020, a telephonic meeting was held with the Company's representatives and the Independent Manager to consider the financial and operational conditions of the Company; and

**WHEREAS**, the Member and the Independent Manager have considered the financial and operational conditions of the Company and have reviewed supporting documentation and the advice and recommendation of the Company's professional and advisors with respect to the options available to the Company, including the possibility of pursuing a restructuring of the Company's business and assets under title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"); and

**NOW, THEREFORE IT IS HEREBY RESOLVED**, that after consideration of the alternatives and the advice of the Company's professionals and advisors, the Member has determined in its business judgment that it is in the best interests of the Company, its creditors, interest holders, and other interested parties and the Independent Manager having been asked to consent to a Material Action pursuant to Section 9(d)(iii) of the Agreement, and considering her fiduciary duties, if any, as provided under the Agreement that a voluntary petition be filed by the Company seeking relief under the provisions of the Bankruptcy Code in the United States Bankruptcy Court for the Southern or Eastern District of New York (the "Petition"), and the filing of such Petition be, and hereby is, authorized in all respects; and it is

**FURTHER RESOLVED**, that David Goldwasser and such other additional persons as may be designated by the Member and any other officer or person designated hereby are appointed as authorized signatories and representatives in connection with the bankruptcy proceeding authorized herein (collectively the "Authorized Representatives"); and it is

**FURTHER RESOLVED**, that the Authorized Representatives are, and each of them hereby is, authorized, directed and empowered on behalf of the Company to execute and verify the Petition in the name of the Company under the Bankruptcy Code and to cause the same to be filed; and it is

**FURTHER RESOLVED**, that the Authorized Representatives are, and each of them hereby is, authorized and directed to work with the Company's advisors, Member and Independent Manager, to effectuate a restructuring under the Bankruptcy Code; and to file all

necessary motions and papers in the United States Bankruptcy Court for the Southern or Eastern District of New York to obtained approval of such restructuring; and hereby authorized and directed to execute appropriate agreements and related ancillary documents; and it is

**FURTHER RESOLVED**, that the Authorized Representatives are, and each of them hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to negotiate, execute, verify and file, or cause to be executed, verified and filed, all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain legal counsel, financial advisors, accountants and other professionals and to take any and all action which such Authorized Representative deems necessary and proper in connection with the bankruptcy case.

**IN WITNESS WHEREOF**, the undersigned Member and Independent Manager hereby consent to and approve and adopt these resolutions as of the date set forth above and direct that this Written Consent be filed with the Company's minutes and official records.

**MEMBER:**

**85 FLATBUSH RHO MEZZ LLC,**
a Delaware limited liability company

By:  /s/ David Goldwasser
     Name:  David Goldwasser
     Title:  Chief Restructuring Officer

**INDEPENDENT MANAGER:**

Kristine E. Eppes

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **85 FLATBUSH RHO MEZZ LLC,** | Case No. |
| Debtor. | |

-------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **85 FLATBUSH RHO HOTEL LLC,** | Case No. |
| Debtor. | |

-------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **85 FLATBUSH RHO RESIDENTIAL LLC,** | Case No. |
| Debtor. | |

-------------------------------------------------------------X

## <u>DECLARATION PURSUANT TO LOCAL RULE 1007-2</u>

**David Goldwasser**, hereby declares under penalty of perjury that the following statements are true and correct:

1.      I am the Chief Restructuring Officer of 85 Flatbush RHO Mezz LLC ("Mezz"), 85 Flatbush RHO Hotel LLC ("Hotel") and 85 Flatbush RHO Residential LLC ("Residential", and defined together with Mezz and Hotel, as the "Debtors"), and am fully familiar with the facts set forth herein.

2.      I submit this declaration in accordance with Local Bankruptcy Rule 1007-2 in support of the Debtor's filing of a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

3.      Mezz is the 100% owner of Hotel and Residential.  Hotel and Residential collectively own the property located at 85 Flatbush Extension, Brooklyn, New York, (the "Property").  The Property is a 132,641 square foot, twelve-story, mixed use property consisting of a 174 room boutique hotel on the first 6 floors known as the Tillary Hotel Brooklyn, a 58,652 square foot 64-unit luxury multi-family building and a 5,642 square foot parking garage.   The residential component of the Property has 9 studios, 26 one-bedroom units and 29 two-bedroom units.  Of the 64 units, currently five (5) are occupied.  The intention is to convert the residential component into condominiums.

4.      The COVID-19 pandemic and the attendant travel restrictions and quarantine requirements along with the NYC shutdown of indoor dining beginning in March 2020 had an immediate impact on the hospitality industry as a whole and caused the Hotel to shut down operations entirely for the month of April 2020.  The Hotel reopened to provide homeless shelter services from May 15, 2020 through June 30, 2020.  The Hotel reopened to the public on July 15, 2020 and remains open, but with a substantially reduced occupancy rate, resulting in limited revenue.  As a result, Mezz, Hotel and Residential have been unable to pay their current debt service obligations to their secured lenders.

5.      No pre-petition committee was organized prior to the Order for relief.

6.      No property of the Debtor is in the possession and control of a receiver, however Mezz's secured lender served a notification of disposition of collateral and a subsequent supplemental notification of disposition of collateral seeking to sell Mezz's 100% ownership in the membership interests of Hotel and Residential which UCC sale was originally scheduled for November 30, 2020 and was thereafter adjourned to December 18, 2020.

7.      A summary of the Debtor's' assets and liabilities will be set forth on each

Debtor's respective summary of schedules to be filed.

8.      The names and addresses of each Debtor's twenty largest unsecured creditors,

excluding insiders, appears on Exhibit "A" to this affidavit.

9.      All suits or proceedings in which the Debtors are named as a party will be listed

in each respective Debtor's Statement of Financial Affairs to be filed.

10.     The estimated operating expenses of the Debtors for the next **thirty days** is

attached the Debtors' Cash Collateral Motion.

Dated: December 18, 2020

**85 FLATBUSH RHO MEZZ LLC**

By: _____/s/ David Goldwasser_____
**DAVID GOLDWASSER**
**CHIEF RESTRUCTURING OFFICER**

**85 FLATBUSH RHO HOTEL LLC**

By: _____/s/ David Goldwasser_____
**DAVID GOLDWASSER**
**CHIEF RESTRUCTURING OFFICER**

**85 FLATBUSH RHO RESIDENTIAL LLC**

By: _____/s/ David Goldwasser_____
**DAVID GOLDWASSER**
**CHIEF RESTRUCTURING OFFICER**

# **EXHIBIT A**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **85 Flatbush RHO Mezz LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **-NONE-** | | | | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | 85 Flatbush RHO Hotel LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Akiva Hersh Klein | | | | | | $100,000.00 |
| Chesky Berkowitz | | | | | | $250,000.00 |
| Con Edison P.O. Box 1701 New York, NY 10116 | | | | | | $144,699.91 |
| Duetto Research Inc. 2001 Gateway Place #520W San Jose, CA 95110 | | | | | | $31,076.94 |
| Dura-Lift Inc. 201 Hartle Street Suite B Sayreville, NJ 08872 | | | | | | $29,259.12 |
| Enercon Technical Service 1233 McDonald Avenue Brooklyn, NY 11230 | | | | | | $14,139.11 |
| Greater Shield P.O. Box 110836 Brooklyn, NY 11211 | | | | | | $369,452.62 |
| Green & White Boutique Linen 410 Garibaldi Avenue Lodi, NJ 07644 | | | | | | $16,344.78 |
| Hershy Rubin | | | | | | $100,000.00 |
| House of Kooser P.O. Box 3184 New York, NY 10163 | | | | | | $18,142.41 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

Debtor   **85 Flatbush RHO Hotel LLC**                    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **NYC Department of Finance P.O. BOX 5060 Kingston, NY 12402** | | | | | | **$239,724.12** |
| **NYS Sales Tax Processing P.O. Box 15168 Albany, NY 12212** | | | | | | **$140,807.02** |
| **Oracle America, Inc. P.O. Box 203448 Dallas, TX 75320** | | | | | | **$20,824.84** |
| **Rightway Restoration LLC 98 Beard St. Brooklyn, NY 11231** | | | | | | **$34,297.80** |
| **Shmiel Chaim Brach** | | | | | | **$250,000.00** |
| **Simon's Industrial Supply 45-02 37th Avenue Long Island City, NY 11101** | | | | | | **$33,821.48** |
| **TravelClick Inc. P.O. Box 71199 Chicago, IL 60694** | | | | | | **$21,050.46** |
| **Yanky Rubin** | | | | | | **$100,000.00** |
| **Yanky Rubin** | | | | | | **$150,000.00** |
| **Yossi Itzkowitz** | | | | | | **$200,000.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **85 Flatbush RHO Residential LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
*12/15*

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Con Edison** **P.O. Box 1701** **New York, NY 10116** | | | **Disputed** | | | **$0.00** |
| **National Grid** **P.O. Box 11741** **Newark, NJ 07101** | | | **Disputed** | | | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re  **85 Flatbush RHO Hotel LLC** _____

Debtor(s)

Case No. _____

Chapter  **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CHIEF RESTRUCTURING OFFICER of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **December 18, 2020** _____

**/s/ DAVID GOLDWASSER** _____
**DAVID GOLDWASSER/CHIEF RESTRUCTURING OFFICER**
Signer/Title

85 FLATBUSH AVENUE 1 LLC
520 MADISON AVENUE
SUITE 3501
NEW YORK, NY 10022


85 FLATBUSH RHO
RESIDENTIAL LLC
 C/O GC REALTY ADVISORS
3284 N 29TH COURT
HOLLYWOOD, FL 33020


AC ELITE STEEL INC.
124 SCHOLES STREET
BROOKLYN, NY 11206


ADP, LLC
P.O BOX 842875
BOSTON, MA 02284


AFLAC WORLDWIDE HEADQUART
1932 WYNNTON RD.
COLUMBUS, GA 31999


AIR AROMA USA DIST LLC
263 38TH STREET
LEVEL 12
NEW YORK, NY 10018


AKIVA HERSH KLEIN


ANYA'S LICORICE INC.
261 HUDSON ST.
#10V
NEW YORK, NY 10013


BACKSTAGE AS
36 CONSELYEA ST.
APT. 1A
BROOKLYN, NY 11211


BP ENVIRONMENTAL SERVICES
P.O. BOX 188
CHALFONT, PA 18914

CASHIER DEPOT CORP.
PO BOX 373
MARLBORO, NJ 07746


CHAMPION COMBUSTION
850 ELBE AVE
STATEN ISLAND, NY 10304


CHATHAM HEDGING ADVIORS
670 MYRTLE AVE
SUITE 575
BROOKLYN, NY 11205


CHESKY BERKOWITZ


COMFORT BEDDING
13 CHRISTOPHER AVE.
BROOKLYN, NY 11212


CON EDISON
P.O. BOX 1701
NEW YORK, NY 10116


CORP. COUNSEL FOR NYC
100 CHURCH STREET
NEW YORK, NY 10007


CROKER FIRE DRILL CORPORA
235 BROOKSITE DRIVE
HAUPPAUGE, NY 11788


CSC
P.O.BOX 13397
PHILADELPHIA, PA 19101


DUETTO RESEARCH INC.
2001 GATEWAY PLACE
#520W
SAN JOSE, CA 95110


DURA-LIFT INC.
201 HARTLE STREET
SUITE B
SAYREVILLE, NJ 08872

EEMD INC.
9 WACCABUC RIVER LANE
SOUTH SALEM, NY 10590


ENERCON TECHNICAL SERVICE
1233 MCDONALD AVENUE
BROOKLYN, NY 11230


FEDEX
P.O. BOX 371461
PITTSBURGH, PA 15250


FIRST INSURANCE FUNDING
P.O. BOX 7000
CAROL STREAM, IL 60197


GEORGE KENEDY LLC
P.O. BOX 40498
BROOKLYN, NY 11204


GREATER SHIELD
P.O. BOX 110836
BROOKLYN, NY 11211


GREEN & WHITE BOUTIQUE
LINEN
410 GARIBALDI AVENUE
LODI, NJ 07644


GUESTTEK INTERACTIVE
ENTERTAINMENT INC.
1501 NORTH PLANO ROAD
STE 100
RICHARDSON, TX 75081


HARBOR LINEN
P.O. BOX 3510
CHERRY HILL, NJ 08034


HARDVARD STARS INC.
38 WEST 32ND ST.
#1605
NEW YORK, NY 10001

HERSHY RUBIN


HOTELS BY DAY, LLC
64 BEAVER STREET
NEW YORK, NY 10004


HOUSE OF KOOSER
P.O. BOX 3184
NEW YORK, NY 10163


ID CLEANERS & CARPETING
167 MADISON AVENUE
NEW YORK, NY 10016


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


JOHN MINI DISTINCTIVE
LANDSCAPES
250 BRENNER DRIVE
CONGERS, NY 10920


KRISS & FEUERSTEIN
360 LEXINGTON AVENUE
SUITE 1200
NEW YORK, NY 10017


LIPA RUBIN
860 BEDFORD AVENUE
BROOKLYN, NY 11205


M3 ACCOUNTTING + ANALYTIC
1715 N BROWN ROAD
BLDG. A, SUITE 200
LAWRENCEVILLE, GA 30043


M6IT CONSULTING
203 WEST 87TH ST
SUITE 32
NEW YORK, NY 10024

MANHATTAN BEER DISTRIBUTO
955 EAST 149TH STREET
BRONX, NY 10455

MR LINEN SERVICES LLC
575 LEXINGTON AVE
4TH FL.
NEW YORK, NY 10022

NATIONAL GRID
P.O. BOX 11741
NEWARK, NJ 07101

NY STATE DEPT. OF FINANCE
ATTN: BANKRUPTCY SPECIAL
PO BOX 5300
ALBANY, NY 12205

NYC DEPARTMENT OF FINANCE
P.O. BOX 5060
KINGSTON, NY 12402

NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FL.
ATTN: LEGAL AFFAIRS
BROOKLYN, NY 11201

NYS SALES TAX PROCESSING
P.O. BOX 15168
ALBANY, NY 12212

OFFICE OF THE ATTY GEN
28 LIBERTY ST.
NEW YORK, NY 10005

ORACLE AMERICA, INC.
P.O. BOX 203448
DALLAS, TX 75320

PERSONNEL CONCEPTS
P.O. BOX 3353
SAN DIMAS, CA 91773

```
POWER PRO NY
100A BROADWAY
#233
BROOKLYN, NY 11249


PREMIUM PEST CONTROL
P.O. BOX 1261
LINDEN, NJ 07036


PROTEL VOICE DATA
SECURITY CORP.
709 CHURCH AVENUE
BROOKLYN, NY 11218


PURCHASE POWER
PO BOX 371874
PITTSBURGH, PA 15250-7874


RIGHTWAY RESTORATION LLC
98 BEARD ST.
BROOKLYN, NY 11231


RISE ELEVATOR INSPECTIONS
2008 OCEAN AVE
SUITE 2C
BROOKLYN, NY 11230


SAVECOM
709 CHURCH AVE
BROOKLYN, NY 11218


SHMIEL CHAIM BRACH


SIMON'S INDUSTRIAL SUPPLY
45-02 37TH AVENUE
LONG ISLAND CITY, NY 11101


T-Y GROUP, LLC
P.O BOX 538033
ATLANTA, GA 30353


THE NEW YORK TIMES
P.O. BOX 371427
PITTSBURGH, PA 15250
```

THE REGENCY GROUP
32 WEST 39TH STREET
12TH FLOOR
NEW YORK, NY 10018

TIMEPAYMENT CORP
P.O. BOX 3069
WOBURN, MA 01888

TRAORE CLEANING LLC
1187 ANDERSON AVE
APT. 6E
BRONX, NY 10452

TRAVEL MEDIA GROUP
P.O. BOX 775523
CHICAGO, IL 60677

TRAVELCLICK INC.
P.O. BOX 71199
CHICAGO, IL 60694

US ATTY OFFICE -SDNY
86 CHAMBERS STREET
ATTN: TAX AND BANKRUPTCY
NEW YORK, NY 10007

WOLF GORDON
333 SEVENTH AVE
6TH FL
NEW YORK, NY 10001

YANKY RUBIN

YOSSI ITZKOWITZ