## Exhibit A

**Utility Companies**

{01079840.DOC;1 }

| **UTILITY COMPANY** | **ACCOUNT NO.** | **SERVICE** | **ADDRESS** |
|---|---|---|---|
| Con Edison | 85 Flatbush LLC 61-1404-1364-8300-0 | Electric | BANKRUPTCY GROUP 4 Irving Place, ROOM 1875-S NEW YORK, NY 10003 |
| National Grid | 85 Flatbush LLC 01160-63230 | Gas | National Grid PO Box 11741 NEWARK, NJ 07101-4741 |